johnniefortnerind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNNIE FORTNER, and <br> KELLY FRANCISCO, <br><br> Defendants. | CRIMINAL CASE NO. 07-00095 <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO MANUFACTURE METHAMPHETAMINE** <br> [21 U.S.C. §§ 841(a)(1) & 846] <br> (Count I) <br> **ATTEMPTED MANUFACTURE OF METHAMPHETAMINE** <br> [21 U.S.C. §§ 841(a)(1) & 846] <br> (Count II) |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO MANUFACTURE METHAMPHETAMINE**

Beginning on about January 2006, an exact date unknown, and continuing thereafter to and until October 9, 2007, in the District of Guam, the defendants herein, JOHNNIE FORTNER and KELLY FRANCISCO, and other co-conspirators both known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree together with each other to manufacture in excess of 5 grams, net weight, of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

## COUNT II - ATTEMPTED MANUFACTURE OF METHAMPHETAMINE

Beginning on about January 2006, an exact date unknown, and continuing thereafter to and until October 9, 2007, in the District of Guam, the defendants herein, JOHNNIE FORTNER and KELLY FRANCISCO, did knowingly and intentionally attempted to manufacture five grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Dated this 17th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

**Criminal Case Cover Sheet**                                                       **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00095**

Same Defendant _____  New Defendant ___x___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name _____JOHNNIE FORTNER_____

Alias Name _____

Address _____

_____Mangilao, Guam_____

RECEIVED OCT 17 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate _Xx/xx/1980_  SS# _xxx-xx-_  Sex __F__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__     _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set | 2 21 USC 841(a)(1) & 846 | Attempted Manufacture of Methamphetamine | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __10/17/7__     Signature of AUSA: _____

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ____Hagåtña____

Country/Parish _____

**Related Case Information:**

07-00095

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _x_ No

Defendant Name ____KELLY FRANCISCO____

Alias Name _____

Address _____

____Mangilao, Guam____

**RECEIVED OCT 17 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birthdate _Xx/xx/1973_ SS# _xxx-xx-_ Sex _M_ Race _PI_ Nationality _Chamorro_

## U.S. Attorney Information:

AUSA ____Rosetta L. San Nicolas____

**Interpreter:** _X_ No ___ Yes  List language and/or dialect: _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __2__   ___ Petty  ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set 2 | 21 USC 841(a)(1) & 846 | Attempted Manufacture of Methamphetamine | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __10/17/07__  Signature of AUSA: _____