# UNITED STATES DISTRICT COURT

District of GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

KELLY FRANCISCO

## WARRANT FOR ARREST

Case Number: CR-07-00095-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KELLY FRANCISCO__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Manufacture Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846) - Count 1

Attempted Manufacture of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 - Count 2

RECEIVED
OCT 2007
US MARSHALS SERVICE-GUAM

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *signature* Marilyn B. Alcon | |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Deputy Clerk | 10/17/2007 | Hagatna, Guam |
| Title of Issuing Officer | Date | Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

MANGILAO, GUAM

| DATE RECEIVED 10-17-07 | NAME AND TITLE OF ARRESTING OFFICER THANH CHURCHIN | SIGNATURE OF ARRESTING OFFICER *signature* |
|---|---|---|
| DATE OF ARREST 10-18-07 | | |