**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Suite 300, DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

**FILED**
DISTRICT COURT OF GUAM

OCT 2 3 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KELLY FRANCISCO,<br><br>Defendants. | CRIMINAL CASE NO. 07-00095<br><br>**SUBSTITUTION OF COUNSEL AND ENTRY APPEARANCE** |

Defendant, KELLY FRANCISCO, hereby substitutes the Law Offices of LUJAN AGUIGUI & PEREZ LLP in place of the Law Offices of MAHER YANZA FLYNN & TIMBLIN LLP.

Dated this 23rd day of October, 2007.

_____
KELLY FRANCISCO

The Law Offices of MAHER YANZA FLYNN & TIMBLIN LLP hereby agrees to the above Substitution of Counsel.

Dated this 22 day of October, 2007.

**MAHER YANZA FLYNN & TIMBLIN LLP**

By: _____
LOUIE J. YANZA, ESQ.

Page 1 of 2

USA vs. Kelly Francisco
Criminal Case No. 07-00095
SUBSTITUTION OF COUNSEL AND ENTRY APPEARANCE

ORIGINAL

# ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that the Law firm of LUJAN AGUIGUI & PEREZ LLP enters its appearance for Defendant KELLY FRANCISCO in the above-captioned matter.

DATED this 22nd day of October, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Counsel for Defendant Kelly Francisco*

Page 2 of 2

USA vs. Kelly Francisco
Criminal Case No. 07-00095
SUBSTITUTION OF COUNSEL AND ENTRY APPEARANCE