**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Suite 300, DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00095 |
|---|---|
| vs. | **ORDER**<br>**Approving Substitution of Counsel** |
| KELLY FRANCISCO, | |
| Defendants. | |

The Defendant having filed a substitution of attorneys, and the Court being fully advised,

IT IS HEREBY ORDERED that the substitution of counsel is approved; and

IT IS FURTHER ORDERED that the Law Office of LUJAN AGUIGUI & PEREZ LLP is substituted as retained counsel of record, in place of the Law Office of MAHER YANZA FLYNN & TIMBLIN LLP.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Oct 23, 2007**

USA vs. Kelly Francisco
Criminal Case No. 07-00095
SUBSTITUTION OF COUNSEL AND ENTRY APPEARANCE

Case 1:07-cr-00095    Document 24    Filed 10/23/2007    Page 1 of 1