**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2007 @ 9:15 a.m.
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00095 |
| vs. | **STIPULATION FOR COTNINUANCE OF TRIAL ORDER DATES** |
| KELLY FRANCISCO, | |
| Defendant. | |

On October 19, 2007, the Court issued a Trial Order setting out the trial date and deadlines in this matter. Defense counsel requests that all Trial Order dates be extended for a period of approximately forty-five (45) days.

DATED this 6th day of December, 2007.

/ / /

/ / /

Page 1

*USA vs. Kelly Francisco;* Criminal Case No. CR07-00095
Stipulation for Continuance of Trial Order Dates

ORIGINAL

Case 1:07-cr-00095   Document 31   Filed 12/07/2007   Page 1 of 2

| | |
|---|---|
| | LEONARDO M. RAPADAS<br>United States Attorney<br>OFFICE OF THE U.S. ATTORNEY GENERAL |
| **LUJAN AGUIGUI & PEREZ** LLP | |
| /s/ *signature* | /s/ *signature* |
| **PETER C. PEREZ, ESQ.**<br>*Attorneys for Defendant Kelly Francisco*<br>Date: 12/6/07 | **ROSETTA L. SAN NICOLAS, ESQ.**<br>Assistant U.S. Attorney General<br>Date: 12/6/07 |
| **FEDERAL PUBLIC DEFENDER** | |
| /s/ *signature*<br>**JOHN GORMAN, ESQ.**<br>*Attorneys for Defendant Johnnie Fortner*<br>Date: 12/6/07 | |

F-0020/888-00/0888/PCP/dmg

Page 2

*USA vs. Kelly Francisco*; Criminal Case No. CR07-00095
Stipulation for Continuance of Trial Order Dates

Case 1:07-cr-00095   Document 31   Filed 12/07/2007   Page 2 of 2