LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

FILED
DISTRICT COURT OF GUAM
DEC - 7 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00095 |
| vs. | JUSTIFICATION FOR COTNINUANCE OF TRIAL ORDER DATES |
| KELLY FRANCISCO, | |
| Defendant. | |

1. Johnnie Fortner and Kelly Francisco were indicted in the instant case on the charges conspiracy to manufacture methamphetamine and attempted manufacture of methamphetamine.

2. On October 19, 2007 the Court issued a TRIAL ORDER setting a date of November 21, 2007 for motion cut-off and a date of December 12, 2007 at 9:30 a.m. for trial.

3. On December 3, 2007, Defendant Fortner filed a Motion to Suppress.

4. Defendant Francisco has recently received additional discovery concerning his alleged conduct and concerning alleged drug quantity. Defendant Francisco and the government continue to work on discovery issues.

Page 1

*USA vs. Kelly Francisco;* Criminal Case No. CR07-00095
Justification for Continuance of Trial Order Dates
Case 1:07-cr-00095   Document 32   Filed 12/07/2007   Page 1 of 2

5. Defendant Francisco requests a continuance of the dates scheduled by the Court specifically including the motion cut-off date and the trial date. This continuance is requested because Defendant Francisco had been unable to evaluate the case or to make strategic decisions until all discovery had been transmitted, including the possible filing of dispositive pre-trial motions.

6. The government transmitted additional discovery on December 4 and 5. Defendant Francisco and his counsel must now review the discovery, meet, and decide the appropriate strategy to address the allegations made against him in the Indictment, and verify whether or not further discovery is outstanding.

7. This continuance is made in the interests of justice to ensure that Defendant Francisco receives and has a meaningful opportunity to review all available discovery and case materials, to ensure that the criminal proceedings against him comply with his Due Process rights, to ensure adequate preparation for trial and pretrial issues, to ensure that he has a fair trial and effective representation.

8. A continuance of forty-five (45) days of all Court ordered dates is believed to be sufficient to ensure that the interests of justice are served.

DATED this 6th day of December, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

PETER C. PEREZ, ESQ.
*Attorneys for Defendant Kelly Francisco*

F-0020/888-00/0888/PCP/dmg

Page 2

*USA vs. Kelly Francisco;* Criminal Case No. CR07-00095
Justification for Continuance of Trial Order Dates

Case 1:07-cr-00095   Document 32   Filed 12/07/2007   Page 2 of 2