IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00095 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHNNIE FORTNER and<br>KELLY FRANCISCO, | ) | **ORDER**<br>**Setting Hearing on Suppression Motions** |
| Defendants. | ) | |

Following the referral of the pending suppression motion in this action to the below-signed Magistrate Judge, the court orders that responses to said motion be filed no later than Monday, December 17, 2007, at 3:00 p.m. The Defendant may file a reply brief no later than Thursday, December 27, 2007, at 3:00 p.m. A hearing on the matter shall be held on Friday, January 4, 2008, at 10:00 a.m.

Additionally, the jury trial scheduled to commence on December 12, 2007, is hereby vacated. The parties' stipulation to continue the trial date is hereby moot. The trial shall be re-scheduled upon final disposition of the suppression motion by the Chief Judge.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Dec 10, 2007