LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

**FILED**
DISTRICT COURT OF GUAM

DEC 2 7 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JOHNNIE FORTNER, and KELLY FRANCISCO,<br><br>Defendants | CRIMINAL CASE NO. CR07-00095<br><br>**JOINDER IN MOTION TO SUPPRESS EVIDENCE** |

Defendant Kelly Francisco hereby joins in the Motion to Suppress Evidence filed by Johnnie Fortner on December 3, 2007.

DATED this 27th day of December, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Kelly Francisco*

F-0020/888-00/0888/PCP/dmg