IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00095 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHNNIE FORTNER and KELLY FRANCISCO, | ) | **ORDER** |
| Defendants. | ) | |

On December 3, 2007, defendant Johnnie Fortner filed a motion to suppress. See Docket No. 29. Said motion is scheduled for hearing on January 18, 2008.

On December 27, 2007, co-defendant Kelly Francisco filed a joinder in the motion to suppress. Before the court will permit such joinder, defendant Francisco must establish that he has standing. Accordingly, the court directs defendant Francisco to file a brief addressing how he has standing to join in his co-defendant's suppression motion. Said brief shall be filed no later than January 3, 2008, at 3:00 p.m. The government shall file a response no later than January 9, 2008, at 3:00 p.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Dec 28, 2007**