

kellyfranciscocont

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00095-2 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO VACATE CHANGE OF PLEA HEARING |
| KELLY FRANCISCO, | |
| Defendant. | |

The United States of America, by and through the undersigned counsel, and the Defendant KELLY FRANCISCO, by and through his counsel Peter C. Perez, hereby motion that the change of plea hearing currently scheduled for February 26, 2008, be vacated.

2/26/08
DATE

PETER C. PEREZ
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

2/26/08
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney