LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00095-2 |
| Plaintiff, ) | **ORDER VACATING CHANGE** |
| vs. ) | **OF PLEA HEARING** |
| KELLY FRANCISCO, ) | |
| Defendant. ) | |

Based upon the parties' stipulation to vacate the change of plea hearing scheduled for February 26, 2008,

IT IS SO ORDERED that the change of plea hearing is vacated.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Feb 26, 2008**