# UNITED STATES DISTRICT COURT

for

*The District of Guam*

U.S.A. vs.  **KELLY FRANCISCO**   Docket No.   **Criminal Case 07-00095-002**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   GRACE D. FLORES  , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Kelly Francisco  , who was placed under pretrial release supervision by the Honorable   Joaquin V.E. Manibusan, Jr.  , sitting in the court at   Hagatna, Guam   on the   19th   date of   October  , 2007 under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)
*Please see Declaration in Support of Petition.*

PRAYING THAT THE COURT WILL ORDER: Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 4, 2008

/s/ GRACE D. FLORES

Place   Hagatna, Guam