≈AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

RECEIVED
JUN 2008
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
JUN 09 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT OF  GUAM

UNITED STATES OF AMERICA
V.

KELLY FRANCISCO

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:  07-00095-002

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 302 |
| Before: Honorable Joaquin V.E. Manibusan, Jr. | Date and Time<br>Wednesday, June 11, 2008 at 10:00 a.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  x Violation of Pretrial Release

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See Petition for Action on Conditions of Pretrial Release filed separately on June 5, 2008

RECEIVED
JUN 09 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Rosita P. San Nicolas, Chief Deputy Clerk
Name and Title of Issuing Officer

_Rosita P. San Nicolas_
Signature of Issuing Officer

June 6, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 6/9/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS office, Hagatna

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/9/08
          Date

*Jeff Salas*
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.