# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-07-00095-002          DATE: June 11, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 10:09:23 - 10:29:23

**APPEARANCES:**
Defendant: Kelly Francisco      Attorney: Peter C. Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Pretrial Conditions Should Not be Revoked**
- Defendant admits to all the allegations.
- Court orders defendant to continue with New Beginnings program. Treatment may continue upon completion of the program if assessed by the U.S. Probation Office.
- Revocation of Pretrial Release <u>denied</u>.
- Conditions (O) of release modified to change execessive to no alcohol. Defendant also instructed to remove all alcohol from his residence.
- Defendant to remain released.

NOTES: