```
kellyfranciscostp6
```

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
AUG 0 4 2008
JEANNE G. QUINATA
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT
### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00095-02 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE |
| KELLY FRANCISCO, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Peter C. Perez, hereby motion this Honorable Court to vacate the status hearing currently scheduled for August 4, 2008, and that a sentencing date be set.

The parties request that the Court calendar the sentencing date 90-days from the date of this filing so that a Presentence Report may be completed in this case

_8/1/08_
DATE

_____
PETER C. PEREZ
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_7/31/08_
DATE          By: _____
                   ROSETTA L. SAN NICOLAS
                   Assistant U.S. Attorney