LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00095-02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **Vacate Status Hearing and** |
| | ) | **Set Sentencing Date** |
| KELLY FRANCISCO, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-captioned case have stipulated to vacating the status hearing presently scheduled for August 4, 2008 and have requested a sentencing date be set.

Accordingly, **IT IS HEREBY ORDERED** that the United States Probation Office shall provide the draft presentence report no later than September 29, 2008. The parties shall file their response to the presentence report no later than October 14, 2008. The United States Probation Office shall provide the final presentence report no later than October 27, 2008. Sentencing is scheduled for November 3, 2008 at 2:00 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 04, 2008